**Order filed September 13, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00528-CV**

_____

**Ernest Navy, Appellant**

**V.**

**College of the Mainland, Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09-CV-0176**

---

## ORDER

Appellant's brief was due **September 3, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **October 15, 2012**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM